In the Matter of the WELFARE OF M.S.E., Child.

No. C1-86-84.

Court of Appeals of Minnesota.

June 17, 1986.

Stefan A. Tolin, Minneapolis, for M.S.E.

John Mac Gibbon, Sherburne Co. Atty., Kim E. Brandell, Asst. Co. Atty., Elk River, for respondent.

Heard, considered, and decided by LESLIE, P.J., and FOLEY and WOZNIAK, JJ.

## MEMORANDUM OPINION

The facts of this case are adequately stated in *Edwards v. Commissioner of Public Safety*, 381 N.W.2d 27 (Minn.Ct. App.1986).

In *Edwards*, this court held that the arresting officer had probable cause to believe appellant was driving under the influence. *Id.* at 30. We affirm that decision.

We also held in *Edwards* that there was sufficient evidence to support the finding that appellant was driving under the influence. *Id.* We also affirm that decision.

Finally, appellant contends that his constitutional right against self-incrimination was violated when the officer asked him if he was driving without giving a *Miranda* warning. Such a contention is meritless. *See State v. Herem*, 384 N.W.2d 880 (Minn. 1986); *State v. Kline*, 351 N.W.2d 388 (Minn.Ct.App.1984).

## DECISION

The trial court is affirmed.